**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00254-CV**
_____

**SHORELINE ON LAKE CONROE CONDOMINIUM ASSOCIATION,
INC., Appellant**

**V.**

**MICHAEL LILLEY, Appellee**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 24-01-00943

**MEMORANDUM OPINION**

Shoreline on Lake Conroe Condominium Association, Inc., Appellant, filed an unopposed motion to dismiss this appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on September 17, 2025
Opinion Delivered September 18, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.